UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER ISAACSON,

                Petitioner,

    -v-

GIUSEPPE PAMPENA, *individually and on behalf of all others similarly situated*,

                Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/2025

**ORDER**

25-MC-457 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    By an Order of Reference dated November 3, 2025, ECF No. 25, this case was referred to the undersigned for general pretrial and to address the motions at ECF No. 1 (the "Motion to Quash), ECF No. 7 (the "Motion for Leave to File a Book"), ECF No. 10 (the "Motion to Seal"), and ECF No. 18 (the "Motion for Oral Argument").

    The Motion for Oral Argument at ECF No. 18 is **GRANTED**. A conference is scheduled on **December 12, 2025,** at **10:00 a.m.** by telephone to discuss the Motion to Quash at ECF No. 1. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 736 761 546#).

    The Motion for Leave to File a Book at ECF No. 7 is **GRANTED**. Petitioner may conventionally file the book with the Clerk of Court.

    The Motion to Seal at ECF No. 10 is **DENIED**. As noted in the undersigned's Individual Rules and Practices for Civil Cases, to be approved, any redaction or sealing of a court filing must be narrowly tailored to serve whatever purpose

1

justifies the redaction or sealing and must be otherwise consistent with the presumption in favor of public access to judicial documents.  *See, e.g., Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006).  In general, the parties' consent or the fact that information is subject to a confidentiality agreement between litigants is not, by itself, a valid basis to overcome the presumption in favor of public access to judicial documents.  *See, e.g., In re Gen. Motors LLC Ignition 9 Switch Litig.*, No. 14-MD-2543 (JMF), 2015 WL 4750774, at *4 (S.D.N.Y. Aug. 11, 2015).  Having reviewed the proposed portions to be redacted or sealed in the Memorandum of Law to Respondents' Opposition to Motion to Quash Third-Party Subpoena, ECF No. 15, and Exhibits 4 and 5 to the Declaration of Albert Y. Chang, ECF Nos. 16-1 and 16-2, Respondents have not shown that these filings warrant redaction or sealing.  Respondents are therefore directed to publicly file on the docket the Memorandum of Law at ECF No. 15 by **November 26, 2025**.  Additionally, by the same date, Respondents are directed to file publicly the Declaration of Albert Y. Chang and the accompanying exhibits, including only those portions of the transcripts at ECF No. 16-1 and 16-2 that are referenced in the Memorandum of Law.

**SO ORDERED.**

Dated: November 19, 2025
  New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge