UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER ISAACSON,

                          Petitioner,

            -v-

GIUSEPPE PAMPENA, *individually and on
behalf of all others similarly situated*,

                          Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/2025

**ORDER**

25-MC-457 (JHR) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On December 12, 2025, the undersigned held a conference to address Petitioner's Motion to Quash a Non-Party Subpoena (the "Motion").  ECF No. 1.  For the reasons articulated in the transcript from the December 12, 2025 conference, the Motion is **DENIED** as to the direct quotations in the middle paragraph of excerpt number 15 in Exhibit 6 to the Declaration of Albert Y. Chang, which is at the bottom of page 463 of Mr. Isaacson's book.  ECF No. 12-6 at 15.  The Motion is otherwise **GRANTED.**  Respondents may depose Mr. Isaacson regarding these direct quotations with the questioning strictly limited as described in the December 12, 2025 conference transcript.

The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 1 as **GRANTED IN PART** and **DENIED IN PART.**

**SO ORDERED.**

Dated: December 12, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2