UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER ISAACSON,

Petitioner,

-v.-

GIUSEPPE PAMPENA,

Respondent.

25 Misc. 457 (JHR) (HJR)

ORDER

JENNIFER H. REARDEN, District Judge:

The Clerk of Court is directed to close the case. *See* ECF No. 30 (terminating ECF No. 1).

SO ORDERED.

Dated: July 6, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge